# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

RILEY QUINTON                                                                                    PLAINTIFF
ADC #156458

V.                                       No. 4:20CV00803-JM-JTR

DONALD J. TRUMP,
United States President, *et al.*                                                          DEFENDANTS

## JUDGMENT

Consistent with the Order on this day, this case is dismissed without prejudice. All relief sought is denied, and the case is closed.

Dated this 8th day of October, 2020.

_____
UNITED STATES DISTRICT JUDGE